# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HUTCHISON, JOSEPH MICHAEL | § | Case No. 12-84529 |
| HUTCHISON, ANGELA SUMMER | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY                     , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 08/21/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____          By: _____/s/ STEPHEN G. BALSLEY_____
                                              Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: HUTCHISON, JOSEPH MICHAEL | § | Case No. 12-84529 |
|      HUTCHISON, ANGELA SUMMER | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,315.00 |
| *and approved disbursements of* | $ | 41.08 |
| *leaving a balance on hand of*  [1] | $ | 7,273.92 |

**Balance on hand:**    $    7,273.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    7,273.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,481.50 | 0.00 | 1,481.50 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 885.00 | 0.00 | 885.00 |

Total to be paid for chapter 7 administration expenses:    $    2,366.50
Remaining balance:    $    4,907.42

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,907.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,907.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,059.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 230.74 | 0.00 | 16.89 |
| 2 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.) | 418.80 | 0.00 | 30.65 |
| 3 | Atlas Acquisitions LLC | 515.27 | 0.00 | 37.71 |
| 4 | Quantum3 Group LLC as agent for | 258.44 | 0.00 | 18.91 |
| 5 | Sallie Mae Inc, On Behalf of The | 34,592.20 | 0.00 | 2,531.46 |
| 6 | Capital Recovery V, LLC | 6,510.02 | 0.00 | 476.40 |
| 7 | eCAST Settlement Corporation, assignee | 4,247.54 | 0.00 | 310.83 |
| 8 | eCAST Settlement Corporation, assignee | 6,188.37 | 0.00 | 452.86 |
| 9 | eCAST Settlement Corporation, assignee | 7,285.91 | 0.00 | 533.18 |

| 10 | eCAST Settlement Corporation, assignee | 3,464.56 | 0.00 | 253.54 |
| 11 | eCAST Settlement Corporation, assignee | 1,541.26 | 0.00 | 112.79 |
| 12 | eCAST Settlement Corporation, assignee | 1,593.62 | 0.00 | 116.62 |
| 13 | LVNV Funding, LLC its successors and assigns as | 212.86 | 0.00 | 15.58 |

Total to be paid for timely general unsecured claims: $    4,907.42

Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $    0.00

Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance: $    0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Joseph Michael Hutchison                                          Case No. 12-84529-TML
Angela Summer Hutchison                                           Chapter 7
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 3          Date Rcvd: Jul 30, 2013
                             Form ID: pdf006          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2013.
```
db/jdb     +Joseph Michael Hutchison,    Angela Summer Hutchison,    7317 Northwood Drive,
             Wonder Lake, IL 60097-9281
19770477   +Ambassador Hospital Care,    650 Dakota St #A,   Crystal Lake, IL 60012-3744
19770478   +American Eagle Bank,    556 Randall Road,   S Elgin IL 60177-3315
19770479   +Associated Allergists,    1300 Reliable Pkway,   Chicago, IL 60686-0013
20302076   +Atlas Acquisitions LLC  (HSBC Bank USA, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
19770480   +Banfield Pet Hospital,    P O Box 13998,   Portland, OR 97213-0998
19770481    Bank of America,   P O Box 15220,   Wilmington, DE 19886-5220
19770482    Bank of America Retail,    Payment Services,   Dallas, TX 75265-0070
19770483    Barrington Health Care for Women,    27402 W Hwy 22 #111,   Barrington, IL 60010
19770484   +Centegra Health System,    P O Box 1447,   Woodstock, IL 60098-1447
19770485   +Centegra Physician Care,    P O Box 37847,   Philadelphia, PA 19101-0147
19770486    Chase,   P O Box 15153,   Wilmington, DE 19886-5153
19770490   +Chase Freedom,    P O Box 15153,   Wilmington, DE 19886-5153
19770492    Direct Loans,   US Dept of Education,    P O Box 9003,   Niagara Falls, NY 14302-9003
19770493    Fashion Bug,   P O Box 659728,   San Anotnio, TX 78265-9728
19770494   +Fox Valley Internal Medicine,    650 Dakota St #A,   Crystal Lake, IL 60012-3744
19770496   +Golf Surgical Center,    8901 golf Road,   DesPlaines, Il 60016-4000
19770498   +Good Shepherd Hospital,    P O Box 70014,   Chicago, IL 60673-0014
19770497   +Good Shepherd Hospital,    c/o ICS,    P O Box 1010,   Tinley PK, IL 60477-9110
19770499    Home Depot Credit Serv,    P O Box 182676,   Columbus, OH 43218-2676
19770500   +Household Beneficial,    c/o Portfolio Recovery Assoc,    P O Box 12914,   Norfolk, VA 23541-0914
19770501   +McHenry Radiologists,    P O Box 220,   McHenry, IL 60051-0220
19770502   +NANI,   855 Madison Street,    Oak Park, IL 60302-4420
19770503    OSS,   P O Box 2404,   Bedford Park, IL 60499-2404
19770504   +Park Ridge Anesthesiology,    P O Box 1123,   Jackson, MI 49204-1123
19770505   +Pediatric Specialists,    5057 Shoreline Road,   Lake Barrington, IL 60010-1700
20499095    Sallie Mae Inc, On Behalf of The,    Department of Education,    P.O. Box 740351,
             Atlanta, GA 30374-0351
19770508   +Wonder Lake Fire Protection,    P O Box 447,   Wonder Lake, IL 60097-0447
20650944    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19834055   +E-mail/Text: bnc@atlasacq.com Jul 31 2013 01:58:20     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303,   Attn: Avi Schild
20302075   +E-mail/Text: bnc@atlasacq.com Jul 31 2013 01:58:20     Atlas Acquisitions LLC,
             (World Financial Network),    294 Union St.,   Hackensack, NJ 07601-4303
20590605    E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2013 02:09:45     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20663508    E-mail/Text: resurgentbknotifications@resurgent.com Jul 31 2013 01:49:44
             LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,   LLC,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
20455787    E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2013 02:00:38
             Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
19770506   +E-mail/PDF: pa_dc_claims@salliemae.com Jul 31 2013 02:07:23     Sallie Mae,
             Dept of Education Loan Serv,    P O Box 9635,   Wilkes-Barre, PA 18773-9635
19770507    E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2013 02:05:56     Sams Club,    P O Box 530942,
             Atlanta GA 30353-0942
                                                                               TOTAL: 7
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19770476    401(k) Loan,   Advocate Pension Plan
19770487*   Chase,   P O Box 15153,   Wilmington, DE 19886-5153
19770488*   Chase,   P O Box 15153,   Wilmington, DE 19886-5153
19770489*   Chase,   P O Box 15153,   Wilmington, DE 19886-5253
19770491*   Chase Freedom,    P O Box 15153,   Wilmington, DE 19886-5153
19770495*  +Fox Valley Internal Medicine,    650 Dakota St #A,   Crystal Lake, IL 60012-3744
20650945*   eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
20650946*   eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
20650948*   eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
20650949*   eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
20650950*   eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
                                                                       TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-3          User: vgossett          Page 2 of 3          Date Rcvd: Jul 30, 2013
                             Form ID: pdf006          Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2013**                    **Signature:**

District/off: 0752-3          User: vgossett          Page 3 of 3          Date Rcvd: Jul 30, 2013
                             Form ID: pdf006          Total Noticed: 36

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2013 at the address(es) listed below:
          Carole J. Ryczek     on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Patrick S Layng      USTPRegion11.MD.ECF@usdoj.gov
          Scott W. Brammer     on behalf of Joint Debtor Angela Summer Hutchison holeinwon66@hotmail.com
          Scott W. Brammer     on behalf of Debtor Joseph Michael Hutchison holeinwon66@hotmail.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
                                                                                  TOTAL: 6