## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:  HUTCHISON, JOSEPH MICHAEL　　　　　§  Case No. 12-84529
　　　　HUTCHISON, ANGELA SUMMER　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $203,973.07　　　　　　　Assets Exempt: $40,671.80
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,907.42　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $88,130.95

Total Expenses of Administration: $2,407.58

---

　　　3) Total gross receipts of $　7,315.00　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　0.00　(see **Exhibit 2**), yielded net receipts of $7,315.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,407.58 | 2,407.58 | 2,407.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,088.21 | 67,059.59 | 67,059.59 | 4,907.42 |
| **TOTAL DISBURSEMENTS** | $90,088.21 | $69,467.17 | $69,467.17 | $7,315.00 |

4) This case was originally filed under Chapter 7 on December 04, 2012. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2013          By: /s/STEPHEN G. BALSLEY
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Tax Return (post-petition) | 1224-000 | 7,315.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,315.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,481.50 | 1,481.50 | 1,481.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 885.00 | 885.00 | 885.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.85 | 10.85 | 10.85 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.23 | 10.23 | 10.23 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,407.58 | $2,407.58 | $2,407.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | N/A | 230.74 | 230.74 | 16.89 |
| 2 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.) | 7100-000 | N/A | 418.80 | 418.80 | 30.65 |
| 3 | Atlas Acquisitions LLC | 7100-000 | N/A | 515.27 | 515.27 | 37.71 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 218.78 | 258.44 | 258.44 | 18.91 |
| 5 | Sallie Mae Inc, On Behalf of The | 7100-000 | 33,598.00 | 34,592.20 | 34,592.20 | 2,531.46 |
| 6 | Capital Recovery V, LLC | 7100-000 | 6,359.07 | 6,510.02 | 6,510.02 | 476.40 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | 4,134.23 | 4,247.54 | 4,247.54 | 310.83 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | 6,188.37 | 6,188.37 | 6,188.37 | 452.86 |
| 9 | eCAST Settlement Corporation, assignee | 7100-000 | 7,179.82 | 7,285.91 | 7,285.91 | 533.18 |
| 10 | eCAST Settlement Corporation, assignee | 7100-000 | 3,359.54 | 3,464.56 | 3,464.56 | 253.54 |
| 11 | eCAST Settlement Corporation, assignee | 7100-000 | 1,478.00 | 1,541.26 | 1,541.26 | 112.79 |
| 12 | eCAST Settlement Corporation, assignee | 7100-000 | 1,593.62 | 1,593.62 | 1,593.62 | 116.62 |
| 13 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 212.86 | 212.86 | 15.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Golf Surgical Center | 7100-000 | 907.02 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Internal Medicine | 7100-000 | 50.71 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Internal Medicine | 7100-000 | 177.54 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Physician Care | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct Loans US Dept of Education | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Good Shepherd Hospital c/o ICS | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Serv | 7100-000 | 4,996.18 | N/A | N/A | 0.00 |
| NOTFILED | Good Shepherd Hospital | 7100-000 | 2,077.82 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric Specialists | 7100-000 | 163.36 | N/A | N/A | 0.00 |
| NOTFILED | Wonder Lake Fire Protection | 7100-000 | 96.32 | N/A | N/A | 0.00 |
| NOTFILED | Park Ridge Anesthesiology | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | NANI | 7100-000 | 158.78 | N/A | N/A | 0.00 |
| NOTFILED | OSS | 7100-000 | 423.48 | N/A | N/A | 0.00 |
| NOTFILED | Household Beneficial c/o Portfolio Recovery Assoc | 7100-000 | 794.02 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologists | 7100-000 | 130.60 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 10,551.40 | N/A | N/A | 0.00 |
| NOTFILED | Associated Allergists | 7100-000 | 201.48 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Health Care for Women | 7100-000 | 103.40 | N/A | N/A | 0.00 |
| NOTFILED | Ambassador Hospital Care | 7100-000 | 102.06 | N/A | N/A | 0.00 |
| NOTFILED | 401(k) Loan Advocate Pension Plan | 7100-000 | 769.01 | N/A | N/A | 0.00 |
| NOTFILED | Banfield Pet Hospital | 7100-000 | 265.60 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$90,088.21** | **$67,059.59** | **$67,059.59** | **$4,907.42** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84529  
**Case Name:** HUTCHISON, JOSEPH MICHAEL  
HUTCHISON, ANGELA SUMMER  
**Period Ending:** 11/14/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/04/12 (f)  
**§341(a) Meeting Date:** 01/07/13  
**Claims Bar Date:** 07/08/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 7317 Northwood Drive, Wonder Lake, Illinois | 136,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 15.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account #744106253 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account #656341963 | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Household Items | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | DVDs, books | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Bicycles, shotgun | 400.00 | 0.00 | | 0.00 | FA |
| 10 | 401(k) - Advocate Pension Plan | 16,644.06 | 0.00 | | 0.00 | FA |
| 11 | Retirement Savings Plan | 13,688.33 | 0.00 | | 0.00 | FA |
| 12 | 401(k) Principal Financial Group | 584.68 | 0.00 | | 0.00 | FA |
| 13 | Riding Lawnmower | 150.00 | 0.00 | | 0.00 | FA |
| 14 | 2008 Saturn VUE XE | 10,272.00 | 0.00 | | 0.00 | FA |
| 15 | 2005 GMC Yukon SLT | 17,994.00 | 0.00 | | 0.00 | FA |
| 16 | 1972 Ford Galaxy | 100.00 | 0.00 | | 0.00 | FA |
| 17 | 2012 Tax Return (post-petition) (u) | 7,315.00 | 7,315.00 | | 7,315.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$211,288.07** | **$7,315.00** | | **$7,315.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 9, 2013      **Current Projected Date Of Final Report (TFR):**    July 10, 2013  (Actual)

Printed: 11/14/2013 04:11 PM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-84529  
**Case Name:** HUTCHISON, JOSEPH MICHAEL  
HUTCHISON, ANGELA SUMMER  
**Taxpayer ID #:** **-***4076  
**Period Ending:** 11/14/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****858066 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/13 | {17} | JP Morgan Chase Bank | Non-exempt portion in debtors' 2012 tax refund | 1224-000 | 7,315.00 | | 7,315.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,305.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.85 | 7,294.15 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-84529 | 2300-000 | | 10.23 | 7,283.92 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,273.92 |
| 08/21/13 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $885.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 885.00 | 6,388.92 |
| 08/21/13 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,481.50, Trustee Compensation; Reference: | 2100-000 | | 1,481.50 | 4,907.42 |
| 08/21/13 | 104 | Atlas Acquisitions LLC | Dividend paid 7.31% on $230.74; Claim# 1; Filed: $230.74; Reference: | 7100-000 | | 16.89 | 4,890.53 |
| 08/21/13 | 105 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.) | Dividend paid 7.31% on $418.80; Claim# 2; Filed: $418.80; Reference: | 7100-000 | | 30.65 | 4,859.88 |
| 08/21/13 | 106 | Atlas Acquisitions LLC | Dividend paid 7.31% on $515.27; Claim# 3; Filed: $515.27; Reference: | 7100-000 | | 37.71 | 4,822.17 |
| 08/21/13 | 107 | Quantum3 Group LLC as agent for | Dividend paid 7.31% on $258.44; Claim# 4; Filed: $258.44; Reference: | 7100-000 | | 18.91 | 4,803.26 |
| 08/21/13 | 108 | Sallie Mae Inc, On Behalf of The | Dividend paid 7.31% on $34,592.20; Claim# 5; Filed: $34,592.20; Reference: | 7100-000 | | 2,531.46 | 2,271.80 |
| 08/21/13 | 109 | Capital Recovery V, LLC | Dividend paid 7.31% on $6,510.02; Claim# 6; Filed: $6,510.02; Reference: | 7100-000 | | 476.40 | 1,795.40 |
| 08/21/13 | 110 | eCAST Settlement Corporation, assignee | Dividend paid 7.31% on $4,247.54; Claim# 7; Filed: $4,247.54; Reference: | 7100-000 | | 310.83 | 1,484.57 |
| 08/21/13 | 111 | eCAST Settlement Corporation, assignee | Dividend paid 7.31% on $6,188.37; Claim# 8; Filed: $6,188.37; Reference: | 7100-000 | | 452.86 | 1,031.71 |
| 08/21/13 | 112 | eCAST Settlement Corporation, assignee | Dividend paid 7.31% on $7,285.91; Claim# 9; Filed: $7,285.91; Reference: | 7100-000 | | 533.18 | 498.53 |
| 08/21/13 | 113 | eCAST Settlement Corporation, assignee | Dividend paid 7.31% on $3,464.56; Claim# 10; Filed: $3,464.56; Reference: | 7100-000 | | 253.54 | 244.99 |
| 08/21/13 | 114 | eCAST Settlement Corporation, assignee | Dividend paid 7.31% on $1,541.26; Claim# 11; Filed: $1,541.26; Reference: | 7100-000 | | 112.79 | 132.20 |
| 08/21/13 | 115 | eCAST Settlement Corporation, assignee | Dividend paid 7.31% on $1,593.62; Claim# 12; Filed: $1,593.62; Reference: | 7100-000 | | 116.62 | 15.58 |
| 08/21/13 | 116 | LVNV Funding, LLC its successors and assigns as | Dividend paid 7.31% on $212.86; Claim# 13; Filed: $212.86; Reference: | 7100-000 | | 15.58 | 0.00 |

Subtotals :  $7,315.00   $7,315.00

{} Asset reference(s)

Printed: 11/14/2013 04:11 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-84529  
**Case Name:** HUTCHISON, JOSEPH MICHAEL  
HUTCHISON, ANGELA SUMMER  
**Taxpayer ID #:** **-***4076  
**Period Ending:** 11/14/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****858066 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 7,315.00 | 7,315.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,315.00 | 7,315.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,315.00** | **$7,315.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****858066** | 7,315.00 | 7,315.00 | 0.00 |
| | $7,315.00 | $7,315.00 | $0.00 |

{} Asset reference(s)

Printed: 11/14/2013 04:11 PM    V.13.13